UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRAUGHAN PETRIE,<br><br>                                        Plaintiff,<br><br>v.<br><br>FAMILY HEALTH CENTERS OF SAN DIEGO,<br><br>                                        Defendant. | Case No.:  26-cv-910-JO-BLM<br><br>**MINUTE ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND ORDERING MARSHAL SERVICE** |

Plaintiff Straughan Petrie, proceeding *pro se*, filed a complaint against Defendant Family Health Centers of San Diego, alleging violations of the Americans with Disabilities Act ("ADA").  Dkt. 1.  Plaintiff also filed a motion to proceed *in forma pauperis* ("IFP") accompanied by an affidavit listing his income and assets. Dkt. 2. Upon reviewing Plaintiff's affidavit regarding his financial condition, the Court concludes that Plaintiff lacks the financial resources to pay the filing fee and grants his IFP motion.  Dkt. 2; *see* 28 U.S.C. § 1915; *Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007).

Because the Court grants Plaintiff leave to proceed IFP, it screens his complaint pursuant to § 1915(e)(2)(B).  The Court concludes that Plaintiff has satisfied the "low threshold" standard in stating his claim for relief under the ADA.  *See Wilhelm v. Rotman*, 680 F.3d at 1113, 1121 (9th Cir. 2012) (*pro se* complaints are construed "liberally" and may be dismissed for failure to state a claim only "if it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief").

26-cv-910-JO-BLM

For the above reasons, the Court:

1. GRANTS Plaintiff's motion to proceed IFP pursuant to 28 U.S.C. § 1915(a). [Dkt. 2]

2. DIRECTS the Clerk of the Court to issue a summons as to Plaintiff's Complaint upon Defendant and to forward it to Plaintiff along with a blank U.S. Marshal Form 285 for the named Defendant. The Clerk will also provide Plaintiff with a certified copy of this Order, a certified copy of the Complaint, and the summons (together, the "IFP Package") so that he may serve Defendant. Upon receipt of the IFP Package, Plaintiff must complete the Form 285 as completely and accurately as possible, include an address where Defendant may be found and/or subject to service pursuant to S.D. Cal. Civ. LR 4.1c., and return it to the U.S. Marshal according to the instructions the Clerk provides.

3. ORDERS the U.S. Marshal to serve a copy of Plaintiff's Complaint and summons upon Defendant as directed by Plaintiff on the completed Form 285, and to promptly file proof of service, or proof of all attempts at service unable to be executed, with the Clerk of Court. *See* S.D. Cal. Civ. LR 5.2. All costs of that service will be advanced by the United States. *See* 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).

**IT IS SO ORDERED.**

Dated: March 12, 2026

_____

Honorable Jinsook Ohta
United States District Judge

2

26-cv-910-JO-BLM